■ EDWARD SWAIN, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 100137.) (Appeal No. 1.) [741 NYS2d 788] —Appeal from an order of the Court of Claims (Collins, J.), entered October 20, 2000, which denied claimant's motion to amend the claim.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see CPLR 5501 [a] [1]; *Lantner v Miles H. Galin, P.C.,* 254 AD2d 260, 261; *see also Architectural Bldrs. v Pollard,* 267 AD2d 704). Present—Pigott, Jr., P.J., Green, Wisner, Scudder and Kehoe, JJ.